**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, California 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Edward Arevalo, Jr.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD AREVALO, JR., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**RAZOR CAPITAL LLC,**<br><br>Defendant. | **Case No.:** EDCV14-135 JAK (SPx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. JOHN A. KRONSTADT** |

///
///
///
///

NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that the individual dispute between Plaintiff EDWARD AREVALO, JR. ("Plaintiff") and Defendant RAZOR CAPITAL LLC ("Defendant") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Plaintiff with Prejudice and the putative class members without prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 2, 2015 for filing a Joint Dismissal.

Dated: February 2, 2015                                      Respectfully submitted,

                                                                **KAZEROUNI LAW GROUP, APC**

                                                By: _____/s/ Matthew M. Loker____
                                                                MATTHEW M. LOKER, ESQ.
                                                                ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626