# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD AREVALO, JR., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**RAZOR CAPITAL LLC,**<br><br>Defendant. | **Case No.:** EDCV14-00135 JAK (SPx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF WITH PREJUDICE AND THE PUTATIVE CLASS MEMBERS WITHOUT PREJUDICE** **JS-6**<br><br>**HON. JOHN A. KRONSTADT** |

Based upon the Parties' Joint Stipulation For Dismissal, and good cause, this Court hereby orders Plaintiff's claims are dismissed with prejudice and the claims of the putative class members are dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 8, 2015

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

**ORDER OF DISMISSAL**